IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

RHONDA MICHELLE JOHNSON        §
                               §
v.                             §        CIVIL NO. 4:24-CV-986-SDJ-BD
                               §
MIDFIRST BANK                  §
                               §
                               §
                               §

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #69), that Plaintiff Rhonda Michelle Johnson's ("Plaintiff") Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #62), be denied. Plaintiff filed Objections, (Dkt. #70), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #62), is **DENIED**.

1

**So ORDERED and SIGNED this 3rd day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE