**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RHONDA MICHELLE JOHNSON | § | |
| | § | |
| v. | § | NO. 4:24-CV-00986-SDJ-BD |
| | § | |
| MIDFIRST BANK | § | |

**ORDER**

Defendant MidFirst Bank moved to stay this case pending resolution of its motion for summary judgment. Dkt. 90. Plaintiff Rhonda Johnson did not file a response, "creat[ing] a presumption that [she] does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." Loc. R. CV-7(d). The bank argues that resolution of its summary-judgment motion could narrow the issues for trial and conserve resources for the court and the parties. Dkt. 90 at 1–2. The court agrees.

It is **ORDERED** that:

1) MidFirst Bank's motion to stay, Dkt. 90, is **GRANTED**;

2) the clerk of court **STAY** the case pending resolution of the bank's motion for summary judgment; and

3) the operative scheduling order, Dkt. 74, is **VACATED**.

So **ORDERED** and **SIGNED** this 16th day of April, 2026.

_____
Bill Davis
United States Magistrate Judge